# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEGA BASSACO-BERNARDO,<br><br>　　　　　　　　　　Petitioner,<br>　　vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | CASE NO. 05cv1822 BTM<br><br>**ORDER ENTERING JUDGMENT OF DISMISSAL** |

On September 21, 2005, Petitioner, who was detained at the Federal Correctional Institution at Terminal Island, California and proceeding pro se, filed a petition for a common law writ of error audita querela under the All Writs Act, 28 U.S.C. § 1651, attacking his previous sentencing. In a February 6, 2007 order, the Court dismissed Petitioner's action sua sponte without prejudice for failing to pay the $250 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a) and for failing to state a claim upon which relief could be granted. The Court granted Petitioner 30 days to: (a) file an amended complaint which properly stated a claim for relief; and (b) prepay the entire $250 civil filing fee in full or complete and file a Motion to proceed IFP. Petitioner has failed to make any filings in response to the Court's invitation. Accordingly, Petitioner's action is hereby dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: March 14, 2007

　　　　　　　　　　　　　　　　　　　　　　_/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge